1   SEYFARTH SHAW LLP
    Laura J. Maechtlen (SBN 224923)
2   E-mail: *lmaechtlen@seyfarth.com*
    Sarah K. Hamilton (SBN 238819)
3   E-mail: *shamilton@seyfarth.com*
    560 Mission Street, 31st Floor
4   San Francisco, California  94105
    Telephone:  (415) 397-2823
5   Facsimile:  (415) 397-8549

6   Attorneys for Defendant
    TARGET CORPORATION
7

8   LAW OFFICE OF GEORGE G. BENETATOS
    George G. Benetatos (SBN 54986)                    ÈÒÈ¿CŠÒÒÖÆÄÌÐÏ ÐFFE
9   E-mail: *benetatoslaw@gmail.com*
    244 California Street, Suite 300
10  San Francisco, California 94111
    Telephone: (415) 398-2296
11  Facsimile: (415) 398-2290

12  Attorneys for Plaintiff
    IRMA CORONA
13                    UNITED STATES DISTRICT COURT

14         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE

16  IRMA CORONA,                        )   Case No. CV-10-2611  RMW
                                        )
17              Plaintiff,              )   **STIPULATED REQUEST TO**
                                        )   **CONTINUE CASE MANAGEMENT**
18         v.                           )   **CONFERENCE AND EXCHANGE**
                                        )   **INITIAL DISCLOSURES; []**
19  TARGET CORPORATION,                 )   **ORDER**
                                        )
20              Defendant.              )
                                        )
21                                      )

22         Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and

23  between the parties that the Case Management Conference presently scheduled for September

24  16, 2011 at 10:30 a.m. be continued to a date and time convenient for this Court on or after

25  October 28, 2011.

26         Counsel for both parties have met and conferred, and agreed that it would be in all

27  parties' and the Court's interest to continue the Case Management Conference.  Plaintiff's

28  counsel will be out of the country between September 16, 2011 through October 6, 2011.

        Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW
    13729609v.1

1    Defense counsel is currently engaged in trial preparations in another matter.  Further, the parties

2    wish to explore settlement.

3          Based on the above, Plaintiff and Defendant respectfully request that the initial Case

4    Management Conference be continued to a date and time convenient for this Court on or after

5    October 28, 2011, and that all Rule 26 Meet and Confer deadlines be continued and re-

6    calendared based on the date of the rescheduled Case Management Conference.

7

8    DATED: September 6, 2011                          SEYFARTH SHAW LLP

9

10                                                     By ___/s/ Laura J. Maechtlen_____
                                                           Laura J. Maechtlen
11                                                         Sarah K. Hamilton
                                                       Attorneys for Defendant
12                                                     TARGET CORPORATION

13
     DATED:September 6, 2011                           LAW OFFICE OF GEORGE G.
14                                                     BENETATOS

15

16                                                     By ___/s/ George G. Benetatos_____
                                                           George G. Benetatos
17                                                     Attorneys for Plaintiff
                                                       IRMA CORONA
18

19

20

21

22

23

24

25

26

27

28

                                                 1

1

2

**[] ORDER**

3      GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management

4   Conference, currently set for September 16, 2011, at 10:30 a.m. is continued to

5   _____ at _____ a.m.  Pursuant

6   to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7

7   days before the Case Management Conference.  All Rule 26 Meet and Confer deadlines are

8   hereby continued and re-calendared based on the date of the rescheduled Case Management

9   Conference.

10      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12   Dated: _____, 2011

13   _____

14                        RONALD M. WHYTE
                       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2