1  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
2  E-mail: *lmaechtlen@seyfarth.com*
   Sarah K. Hamilton (SBN 238819)
3  E-mail: *shamilton@seyfarth.com*
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:  (415) 397-2823
5  Facsimile:  (415) 397-8549

6  Attorneys for Defendant
   TARGET CORPORATION
7

8  LAW OFFICE OF GEORGE G. BENETATOS
   George G. Benetatos (SBN 54986)
9  E-mail: *benetatoslaw@gmail.com*
   244 California Street, Suite 300
10 San Francisco, California 94111
   Telephone: (415) 398-2296
11 Facsimile: (415) 398-2290

12 Attorneys for Plaintiff
   IRMA CORONA

13                    UNITED STATES DISTRICT COURT

14             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                                 SAN JOSE

16 IRMA CORONA,                    ) Case No. CV-10-2611  RMW
                                   )
17        Plaintiff,                ) **STIPULATED REQUEST TO**
                                   ) **CONTINUE CASE MANAGEMENT**
18    v.                            ) **CONFERENCE AND EXCHANGE**
                                   ) **INITIAL DISCLOSURES; []**
19 TARGET CORPORATION,             ) **ORDER**
                                   )
20        Defendant.                )
                                   )
21                                  )

22        Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and

23 between the parties that the Case Management Conference presently scheduled for September

24 16, 2011 at 10:30 a.m. be continued to a date and time convenient for this Court on or after

25 October 28, 2011.

26        Counsel for both parties have met and conferred, and agreed that it would be in all

27 parties' and the Court's interest to continue the Case Management Conference.  Plaintiff's

28 counsel will be out of the country between September 16, 2011 through October 6, 2011.

Defense counsel is currently engaged in trial preparations in another matter.  Further, the parties wish to explore settlement.

Based on the above, Plaintiff and Defendant respectfully request that the initial Case Management Conference be continued to a date and time convenient for this Court on or after October 28, 2011, and that all Rule 26 Meet and Confer deadlines be continued and re-calendared based on the date of the rescheduled Case Management Conference.

DATED: September 6, 2011                SEYFARTH SHAW LLP

By ___/s/ Laura J. Maechtlen_____
    Laura J. Maechtlen
    Sarah K. Hamilton
Attorneys for Defendant
TARGET CORPORATION

DATED: September 6, 2011                LAW OFFICE OF GEORGE G. BENETATOS

By ___/s/ George G. Benetatos_____
    George G. Benetatos
Attorneys for Plaintiff
IRMA CORONA

**[] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management Conference, currently set for September 16, 2011, at 10:30 a.m. is continued to _____ at _____ a.m. Pursuant to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7 days before the Case Management Conference. All Rule 26 Meet and Confer deadlines are hereby continued and re-calendared based on the date of the rescheduled Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2011

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE