1  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
2  E-mail: *lmaechtlen@seyfarth.com*
   Sarah K. Hamilton (SBN 238819)
3  E-mail: *shamilton@seyfarth.com*
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   TARGET CORPORATION

7

8  LAW OFFICE OF GEORGE G. BENETATOS
   George G. Benetatos (SBN 54986)
9  E-mail: *benetatoslaw@gmail.com*
   244 California Street, Suite 300
10 San Francisco, California 94111
   Telephone: (415) 398-2296
11 Facsimile: (415) 398-2290

12 Attorneys for Plaintiff
   IRMA CORONA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IRMA CORONA, | Case No. CV-10-2611 RMW |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXCHANGE INITIAL DISCLOSURES; [PROPOSED] ORDER** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for October 28, 2011 at 10:30 a.m. be continued to December 2, 2011.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference. Plaintiff's counsel will be out of the country between October 23, 2011 through November 2, 2011. Further, the parties wish to explore settlement.

Stipulated Request to Continue CMC; [Proposed Order] / Case No. CV-10-2611 RMW
13851627v.1

1 | Based on the above, Plaintiff and Defendant respectfully request that the initial Case Management Conference be continued to December 2, 2011, and that all Rule 26 Meet and Confer deadlines be continued and re-calendared based on the date of the rescheduled Case Management Conference.

DATED: October 19, 2011                     SEYFARTH SHAW LLP


By ___/s/ Laura J. Maechtlen_____
    Laura J. Maechtlen
    Sarah K. Hamilton
Attorneys for Defendant
TARGET CORPORATION

DATED: October 19, 2011                     LAW OFFICE OF GEORGE G. BENETATOS


By ___/s/ George G. Benetatos_____
    George G. Benetatos
Attorneys for Plaintiff
IRMA CORONA

---

1

Stipulated Request to Continue CMC; [Proposed] Order] / Case No. CV-10-2611 RMW

13851627v.1

1
2                                    [PROPOSED] ORDER

3       GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management
4  Conference, currently set for October 28, 2011, at 10:30 a.m. is continued to
5  _____ at _____ a.m./p.m.  Pursuant
6  to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7
7  days before the Case Management Conference.  All Rule 26 Meet and Confer deadlines are
8  hereby continued and re-calendared based on the date of the rescheduled Case Management
9  Conference.
10      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
11
12  DATED: _____, 2011
13                                                      _____
                                                              RONALD M. WHYTE
14                                                      UNITED STATES DISTRICT JUDGE

2