| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Laura J. Maechtlen (SBN 224923) |
| 2 | E-mail: *lmaechtlen@seyfarth.com* |
|   | Sarah K. Hamilton (SBN 238819) |
| 3 | E-mail: *shamilton@seyfarth.com* |
|   | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California  94105 |
|   | Telephone:  (415) 397-2823 |
| 5 | Facsimile:  (415) 397-8549 |
| 6 | Attorneys for Defendant |
|   | TARGET CORPORATION |
| 7 | |
| 8 | LAW OFFICE OF GEORGE G. BENETATOS |
|   | George G. Benetatos (SBN 54986) |
| 9 | E-mail: *benetatoslaw@gmail.com* |
|   | 244 California Street, Suite 300 |
| 10 | San Francisco, California 94111 |
|   | Telephone: (415) 398-2296 |
| 11 | Facsimile: (415) 398-2290 |
| 12 | Attorneys for Plaintiff |
|   | IRMA CORONA |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| IRMA CORONA, | ) | Case No. CV-10-2611  RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO** |
| | ) | **CONTINUE CASE MANAGEMENT** |
| v. | ) | **CONFERENCE AND EXCHANGE** |
| | ) | **INITIAL DISCLOSURES; [PROPOSED]** |
| TARGET CORPORATION, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for October 28, 2011 at 10:30 a.m. be continued to December 2, 2011.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference.  Plaintiff's counsel will be out of the country between October 23, 2011 through November 2, 2011. Further, the parties wish to explore settlement.

1  Based on the above, Plaintiff and Defendant respectfully request that the initial Case
2  Management Conference be continued to December 2, 2011, and that all Rule 26 Meet and
3  Confer deadlines be continued and re-calendared based on the date of the rescheduled Case
4  Management Conference.

6  DATED: October 19, 2011                              SEYFARTH SHAW LLP

8                                                      By ___/s/ Laura J. Maechlen_____
                                                           Laura J. Maechtlen
9                                                          Sarah K. Hamilton
                                                        Attorneys for Defendant
10                                                      TARGET CORPORATION

12  DATED: October 19, 2011                             LAW OFFICE OF GEORGE G.
                                                        BENETATOS

14                                                      By ____/s/ George G. Benetatos_____
                                                           George G. Benetatos
15                                                      Attorneys for Plaintiff
                                                        IRMA CORONA

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management Conference, currently set for October 28, 2011, at 10:30 a.m. is continued to _____ at _____ a.m./p.m.  Pursuant to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7 days before the Case Management Conference.  All Rule 26 Meet and Confer deadlines are hereby continued and re-calendared based on the date of the rescheduled Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2011

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

2

Stipulated Request to Continue CMC; [Proposed Order] / Case No. CV-10-2611  RMW

13851627v.1