| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Laura J. Maechtlen (SBN 224923) |
| 2 | E-mail: *lmaechtlen@seyfarth.com* |
|   | Sarah K. Hamilton (SBN 238819) |
| 3 | E-mail: *shamilton@seyfarth.com* |
|   | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California  94105 |
|   | Telephone:  (415) 397-2823 |
| 5 | Facsimile:  (415) 397-8549 |
| 6 | Attorneys for Defendant |
|   | TARGET CORPORATION |
| 7 | |
| 8 | LAW OFFICE OF GEORGE G. BENETATOS |
|   | George G. Benetatos (SBN 54986) |
| 9 | E-mail: *benetatoslaw@gmail.com* |
|   | 244 California Street, Suite 300 |
| 10 | San Francisco, California 94111 |
|   | Telephone: (415) 398-2296 |
| 11 | Facsimile: (415) 398-2290 |
| 12 | Attorneys for Plaintiff |
|   | IRMA CORONA |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| IRMA CORONA, | ) | Case No. CV-10-2611  RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO** |
| | ) | **CONTINUE CASE MANAGEMENT** |
| v. | ) | **CONFERENCE; [] ORDER** |
| | ) | |
| TARGET CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for March 2, 2012 at 10:30 a.m. be continued to May 4, 2012.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference.  The parties have agreed to attend Court-ordered mediation after Plaintiff provides responses to Defendant's written discovery, and following her deposition.

1  Plaintiff has agreed to serve her discovery responses in advance of the March 8, 2012 due
2 date in order to expedite the parties' progression toward mediation.  The parties have agreed to
3 schedule Plaintiff's deposition for a mutually agreeable date to occur after Plaintiff responds to
4 Defendant's written discovery, and to submit to mediation thereafter.
5  However, the parties will not be able to complete Plaintiff's deposition prior to the March
6 2, 2012 Case Management Conference.  The parties therefore agree that a continuance is proper.
7  Based on the above, Plaintiff and Defendant respectfully request that the Case
8 Management Conference currently scheduled for March 2, 2012, be continued to May 4, 2012.

10 DATED: February 22, 2012            SEYFARTH SHAW LLP

12                                      By _____/s/ *Laura J. Maechtlen*_____
                                              Laura J. Maechtlen
13                                            Sarah K. Hamilton
                                        Attorneys for Defendant
14                                      TARGET CORPORATION

16 DATED: February 22, 2012            LAW OFFICE OF GEORGE G.
                                        BENETATOS

18                                      By _____*/s/ George G. Benetatos*_____
                                              George G. Benetatos
19                                      Attorneys for Plaintiff
                                        IRMA CORONA

1

Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW

14203551v.1

1
2
**[] ORDER**

3     GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management
4  Conference, currently set for March 2, 2012, at 10:30 a.m. is continued to
5  __May 4, 2012__ at __10:30__ a.m./p.m.  Pursuant
6  to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7
7  days before the Case Management Conference.

8     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9
10  DATED: __2/29__, 2012
11                                               _____
                                                       RONALD M. WHYTE
12                                                 UNITED STATES DISTRICT JUDGE

13
...
28

2

Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW
14203551v.1