1  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
2  E-mail: *lmaechtlen@seyfarth.com*
   Sarah K. Hamilton (SBN 238819)
3  E-mail: *shamilton@seyfarth.com*
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:  (415) 397-2823
5  Facsimile:  (415) 397-8549

6  Attorneys for Defendant
   TARGET CORPORATION
7

8  LAW OFFICE OF GEORGE G. BENETATOS
   George G. Benetatos (SBN 54986)
9  E-mail: *benetatoslaw@gmail.com*
   244 California Street, Suite 300
10 San Francisco, California 94111
   Telephone: (415) 398-2296
11 Facsimile: (415) 398-2290

12 Attorneys for Plaintiff
   IRMA CORONA

13                    UNITED STATES DISTRICT COURT

14              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE

16 IRMA CORONA,                       ) Case No. CV-10-2611  RMW
                                      )
17         Plaintiff,                 ) **STIPULATED REQUEST TO**
                                      ) **CONTINUE CASE MANAGEMENT**
18    v.                              ) **CONFERENCE; [] ORDER**
                                      )
19 TARGET CORPORATION,                )
                                      )
20         Defendant.                 )
                                      )
21                                    )

22      Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and

23 between the parties that the Case Management Conference presently scheduled for March 2,

24 2012 at 10:30 a.m. be continued to May 4, 2012.

25      Counsel for both parties have met and conferred, and agreed that it would be in all

26 parties' and the Court's interest to continue the Case Management Conference.  The parties have

27 agreed to attend Court-ordered mediation after Plaintiff provides responses to Defendant's

28 written discovery, and following her deposition.

Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW
14203551v.1

1  Plaintiff has agreed to serve her discovery responses in advance of the March 8, 2012 due
2  date in order to expedite the parties' progression toward mediation.  The parties have agreed to
3  schedule Plaintiff's deposition for a mutually agreeable date to occur after Plaintiff responds to
4  Defendant's written discovery, and to submit to mediation thereafter.
5  However, the parties will not be able to complete Plaintiff's deposition prior to the March
6  2, 2012 Case Management Conference.  The parties therefore agree that a continuance is proper.
7  Based on the above, Plaintiff and Defendant respectfully request that the Case
8  Management Conference currently scheduled for March 2, 2012, be continued to May 4, 2012.

10  DATED: February 22, 2012                SEYFARTH SHAW LLP

12                                          By _____/s/ *Laura J. Maechtlen*_____
                                                  Laura J. Maechtlen
13                                                Sarah K. Hamilton
                                            Attorneys for Defendant
14                                          TARGET CORPORATION

16  DATED: February 22, 2012                LAW OFFICE OF GEORGE G.
                                            BENETATOS

18                                          By _____*/s/ George G. Benetatos*_____
                                                  George G. Benetatos
19                                          Attorneys for Plaintiff
                                            IRMA CORONA

1
Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW
14203551v.1

**[] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management Conference, currently set for March 2, 2012, at 10:30 a.m. is continued to _____ at _____ a.m./p.m. Pursuant to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7 days before the Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2012

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE