```
SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
E-mail: lmaechtlen@seyfarth.com
Eric M. Lloyd (SBN 254390)
E-mail: elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
TARGET CORPORATION


LAW OFFICE OF GEORGE G. BENETATOS
George G. Benetatos (SBN 54986)
E-mail: benetatoslaw@gmail.com
244 California Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-2296
Facsimile: (415) 398-2290

Attorneys for Plaintiff
IRMA CORONA
```

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE

| | |
|---|---|
| IRMA CORONA,<br><br>  Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION,<br><br>  Defendant. | Case No. CV-10-2611  RMW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for May 4, 2012 at 10:30 a.m. be continued to July 6, 2012.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference.  The parties are scheduled to attend Court-ordered mediation on May 30, 2012, with Barbara S. Bryant, Esq., presiding as Mediator.

---

Stipulated Request to Continue CMC; [Proposed Order] / Case No. CV-10-2611  RMW
14392806v.1

1 | The parties therefore agree that a continuance is proper so that they may complete the
2 | Court-ordered mediation prior to the Case Management Conference.
3 | Based on the above, Plaintiff and Defendant respectfully request that the Case
4 | Management Conference currently scheduled for May 4, 2012, be continued to July 6, 2012.

6  DATED: April 24, 2012                    SEYFARTH SHAW LLP

8                                           By      /s/ Laura J. Maechtlen
9                                               Laura J. Maechtlen
                                                Sarah K. Hamilton
                                                Attorneys for Defendant
10                                              TARGET CORPORATION

12 DATED: April 24, 2012                    LAW OFFICE OF GEORGE G.
                                            BENETATOS

14                                          By      /s/ George G. Benetatos
15                                              George G. Benetatos
                                                Attorneys for Plaintiff
16                                              IRMA CORONA

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management Conference, currently set for May 4, 2012, at 10:30 a.m. is continued to _____ at _____ a.m./p.m. Pursuant to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7 days before the Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2012

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

2

Stipulated Request to Continue CMC; [Proposed Order] / Case No. CV-10-2611 RMW
14392806v.1