SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
E-mail: lmaechtlen@seyfarth.com
Eric M. Lloyd (SBN 254390)
E-mail: elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
TARGET CORPORATION

LAW OFFICE OF GEORGE G. BENETATOS
George G. Benetatos (SBN 54986)
E-mail: benetatoslaw@gmail.com
244 California Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-2296
Facsimile: (415) 398-2290

Attorneys for Plaintiff
IRMA CORONA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IRMA CORONA, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | Case No. CV-10-2611  RMW <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for May 4, 2012 at 10:30 a.m. be continued to July 6, 2012.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference. The parties are scheduled to attend Court-ordered mediation on May 30, 2012, with Barbara S. Bryant, Esq., presiding as Mediator.

1  The parties therefore agree that a continuance is proper so that they may complete the
2  Court-ordered mediation prior to the Case Management Conference.
3  Based on the above, Plaintiff and Defendant respectfully request that the Case
4  Management Conference currently scheduled for May 4, 2012, be continued to July 6, 2012.

5

6  DATED: April 24, 2012                    SEYFARTH SHAW LLP

7

8                                           By _____/s/ Laura J. Maechtlen_____
9                                              Laura J. Maechtlen
                                                Sarah K. Hamilton
                                                Attorneys for Defendant
10                                              TARGET CORPORATION

11
12  DATED: April 24, 2012                    LAW OFFICE OF GEORGE G.
                                             BENETATOS
13
14                                           By _____/s/ George G. Benetatos_____
                                                George G. Benetatos
15                                              Attorneys for Plaintiff
                                                IRMA CORONA
16

17
18
19
20
21
22
23
24
25
26
27
28

1

1
2
**[PROPOSED] ORDER**

3     GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management
4 Conference, currently set for May 4, 2012, at 10:30 a.m. is continued to
5 _____ at _____ a.m./p.m.  Pursuant
6 to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7
7 days before the Case Management Conference.

8     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9
10 DATED: _____, 2012
11                                                                      _____
                                                                               RONALD M. WHYTE
12                                                                      UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Stipulated Request to Continue CMC; [Proposed Order] / Case No. CV-10-2611 RMW
14392806v.1