UNITED STATES DISTRICT COURT

For the Northern District of California

1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT
8       Northern District of California
9       San Jose Division
10
11  IRMA CORONA,
           Plaintiff,                          No. C 10-2611 RMW
12      v.                                     **ORDER RE: ATTENDANCE**
13  TARGET CORPORATION, INC.,
           Defendant.                          Date:     May 30, 2012
14  _____/       Mediator: Barbara Bryant
15
16      IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation, Inc.'s
17  representative from appearing in person at the May 30, 2012, mediation before Barbara Bryant is
18  GRANTED. The representative shall be available to participate in the mediation at all times by
19  telephone, in accordance with ADR L.R. 6-10(f).
20      IT IS SO ORDERED.
21      May 3, 2012
                                         By: _____
22      Dated                                  GRANTED
23                                             Donna M. Ryu
                                               United States Magistrate Judge
24                                             Judge Donna M. Ryu
25
26
27
28