UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

IRMA CORONA,
    Plaintiff,

No. C 10-2611 RMW

v.

**ORDER RE: ATTENDANCE**

TARGET CORPORATION, INC.,
    Defendant.
_____/

Date:    May 30, 2012
Mediator:    Barbara Bryant

    IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation, Inc.'s representative from appearing in person at the May 30, 2012, mediation before Barbara Bryant is GRANTED. The representative shall be available to participate in the mediation at all times by telephone, in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

May 3, 2012

Dated

By: _____
Donna M. Ryu
United States Magistrate Judge

GRANTED
Judge Donna M. Ryu