| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Laura J. Maechtlen (SBN 224923) |
| 2 | E-mail: *lmaechtlen@seyfarth.com* |
| | Eric M. Lloyd (SBN 254390) |
| 3 | E-mail: *elloyd@seyfarth.com* |
| | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California  94105 |
| | Telephone:  (415) 397-2823 |
| 5 | Facsimile:  (415) 397-8549 |
| 6 | Attorneys for Defendant |
| | TARGET CORPORATION |
| 7 | |
| 8 | LAW OFFICE OF GEORGE G. BENETATOS |
| | George G. Benetatos (SBN 54986) |
| 9 | E-mail: *benetatoslaw@gmail.com* |
| | 244 California Street, Suite 300 |
| 10 | San Francisco, California 94111 |
| | Telephone: (415) 398-2296 |
| 11 | Facsimile: (415) 398-2290 |
| 12 | Attorneys for Plaintiff |
| | IRMA CORONA |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| IRMA CORONA, | ) | Case No. CV-10-2611  RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO** |
| | ) | **CONTINUE CASE MANAGEMENT** |
| v. | ) | **CONFERENCE; [] ORDER** |
| | ) | |
| TARGET CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for July 6, 2012 at 10:30 a.m. be continued to August 3, 2012.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference.  The parties attended Court-ordered mediation on May 30, 2012, with Barbara S. Bryant, Esq., presiding as

1  Mediator.  During the mediation, the parties reached an agreement to settle this lawsuit and
2  further agreed to memorialize the terms of their agreement in a written document.
3       The parties have been negotiating the language of that written document and believe they
4  are nearly at an agreement.  The parties believe that a case management conference at this point
5  would be an unnecessary use of the Court's and parties' time.
6       Based on the foregoing, Plaintiff and Defendant respectfully request that the Case
7  Management Conference currently scheduled for July 6, 2012, be continued to August 3, 2012.

9  DATED: June 28, 2012                    SEYFARTH SHAW LLP

11                                         By _____*/s/ Laura J. Maechtlen*_____
                                                  Laura J. Maechtlen
12                                                Eric M. Lloyd
                                           Attorneys for Defendant
13                                         TARGET CORPORATION

15  DATED: June 28, 2012                   LAW OFFICE OF GEORGE G.
                                           BENETATOS

17                                         By _____*/s/ George G. Benetatos*_____
                                                  George G. Benetatos
18                                         Attorneys for Plaintiff
                                           IRMA CORONA

---

1

Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW

1
2                                    **[ ORDER**

3        GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management

4  Conference, currently set for July 6, 2012, at 10:30 a.m. is continued to

5  _____ at _____ a.m./p.m.  Pursuant

6  to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7

7  days before the Case Management Conference.

8        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9
10  DATED: _____, 2012

11                                                    _____
                                                     RONALD M. WHYTE
12  14603073v.1                                      UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                           2
Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW