1   SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
2   E-mail: *lmaechtlen@seyfarth.com*
Eric M. Lloyd (SBN 254390)
3   E-mail: *elloyd@seyfarth.com*
560 Mission Street, 31st Floor
4   San Francisco, California  94105
Telephone:  (415) 397-2823
5   Facsimile:  (415) 397-8549

6   Attorneys for Defendant
TARGET CORPORATION
7

8   LAW OFFICE OF GEORGE G. BENETATOS               ÒÈÈÒÓÒÓÖÍ ÉÄ Ð Æ E
George G. Benetatos (SBN 54986)
9   E-mail: *benetatoslaw@gmail.com*
244 California Street, Suite 300
10  San Francisco, California 94111
Telephone: (415) 398-2296
11  Facsimile: (415) 398-2290

12  Attorneys for Plaintiff
IRMA CORONA
13                          UNITED STATES DISTRICT COURT

14              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                                  SAN JOSE

16  IRMA CORONA,                         )   Case No. CV-10-2611  RMW
                                         )
17              Plaintiff,               )   **STIPULATED REQUEST TO**
                                         )   **CONTINUE CASE MANAGEMENT**
18       v.                              )   **CONFERENCE; [] ORDER**
                                         )
19  TARGET CORPORATION,                  )
                                         )
20              Defendant.               )
                                         )
21  _____  )

22        Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and

23  between the parties that the Case Management Conference presently scheduled for July 6, 2012

24  at 10:30 a.m. be continued to August 3, 2012.

25        Counsel for both parties have met and conferred, and agreed that it would be in all

26  parties' and the Court's interest to continue the Case Management Conference.  The parties

27  attended Court-ordered mediation on May 30, 2012, with Barbara S. Bryant, Esq., presiding as

28

_____
Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW

1  Mediator.  During the mediation, the parties reached an agreement to settle this lawsuit and

2  further agreed to memorialize the terms of their agreement in a written document.

3        The parties have been negotiating the language of that written document and believe they

4  are nearly at an agreement.  The parties believe that a case management conference at this point

5  would be an unnecessary use of the Court's and parties' time.

6        Based on the foregoing, Plaintiff and Defendant respectfully request that the Case

7  Management Conference currently scheduled for July 6, 2012, be continued to August 3, 2012.

8

9  DATED: June 28, 2012                         SEYFARTH SHAW LLP

10

11                                              By _____*/s/ Laura J. Maechtlen*_____
                                                   Laura J. Maechtlen
12                                                 Eric M. Lloyd
                                                Attorneys for Defendant
13                                              TARGET CORPORATION

14
   DATED: June 28, 2012                         LAW OFFICE OF GEORGE G.
15                                              BENETATOS

16

17                                              By _____*/s/ George G. Benetatos*_____
                                                   George G. Benetatos
18                                              Attorneys for Plaintiff
                                                IRMA CORONA
19

20

21

22

23

24

25

26

27

28

1
Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW

1

**[ ORDER**

2

3        GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management

4   Conference, currently set for July 6, 2012, at 10:30 a.m. is continued to

5   _____ at _____ a.m./p.m.  Pursuant

6   to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7

7   days before the Case Management Conference.

8        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10  DATED:  _____, 2012

11                                               _____
                                                 RONALD M. WHYTE
12  14603073v.1                                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2