| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Laura J. Maechtlen (SBN 224923) |
| 2 | E-mail: *lmaechtlen@seyfarth.com* |
|   | Eric M. Lloyd (SBN 254390) |
| 3 | E-mail: *elloyd@seyfarth.com* |
|   | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California  94105 |
|   | Telephone:  (415) 397-2823 |
| 5 | Facsimile:  (415) 397-8549 |
| 6 | Attorneys for Defendant |
|   | TARGET CORPORATION |
| 7 | |
| 8 | LAW OFFICE OF GEORGE G. BENETATOS |
|   | George G. Benetatos (SBN 54986) |
| 9 | E-mail: *benetatoslaw@gmail.com* |
|   | 244 California Street, Suite 300 |
| 10 | San Francisco, California 94111 |
|   | Telephone: (415) 398-2296 |
| 11 | Facsimile: (415) 398-2290 |
| 12 | Attorneys for Plaintiff |
|   | IRMA CORONA |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| IRMA CORONA, | ) | Case No. CV-10-2611  RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | ) | |
| TARGET CORPORATION, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for August 3, 2012 at 10:30 a.m. be continued to September 14, 2012.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference.  The parties have agreed to settle this matter and are currently in the process of having their settlement agreement translated into Plaintiff's native language for her review.  The parties believe that a case

1  management conference at this point would be an unnecessary use of the Court's and parties'
2  time.
3      Based on the foregoing, Plaintiff and Defendant respectfully request that the Case
4  Management Conference currently scheduled for August 3, 2012, be continued to September 14,
5  2012.

7  DATED: July 26, 2012            SEYFARTH SHAW LLP

9                                  By _____/s/ Laura J. Maechtlen_____
                                          Laura J. Maechtlen
10                                        Eric M. Lloyd
                                    Attorneys for Defendant
11                                  TARGET CORPORATION

13 DATED: July 26, 2012            LAW OFFICE OF GEORGE G.
                                   BENETATOS

15                                 By _____/s/ George G. Benetatos_____
                                          George G. Benetatos
16                                  Attorneys for Plaintiff
                                    IRMA CORONA

1

Stipulated Request to Continue CMC; [Proposed Order] / Case No. CV-10-2611 RMW

1
2
**[PROPOSED] ORDER**

3      GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management
4  Conference, currently set for August 3, 2012, at 10:30 a.m. is continued to
5  _____ at _____ a.m./p.m.  Pursuant
6  to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7
7  days before the Case Management Conference.

8      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9
10  DATED: _____, 2012
11                                           _____
                                              RONALD M. WHYTE
12  14697239v.1                               UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Stipulated Request to Continue CMC; [Proposed] Order] / Case No. CV-10-2611 RMW