1  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
2  E-mail: lmaechtlen@seyfarth.com
   Eric M. Lloyd (SBN 254390)
3  E-mail: elloyd@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:  (415) 397-2823
5  Facsimile:  (415) 397-8549

6  Attorneys for Defendant
   TARGET CORPORATION
7

8  LAW OFFICE OF GEORGE G. BENETATOS
   George G. Benetatos (SBN 54986)
9  E-mail: benetatoslaw@gmail.com
   244 California Street, Suite 300
10 San Francisco, California 94111
   Telephone: (415) 398-2296
11 Facsimile: (415) 398-2290

12 Attorneys for Plaintiff
   IRMA CORONA

13                 UNITED STATES DISTRICT COURT

14         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE

16 IRMA CORONA,                      ) Case No. CV-10-2611  RMW
                                     )
17         Plaintiff,                ) **STIPULATED REQUEST TO**
                                     ) **CONTINUE CASE MANAGEMENT**
18    v.                             ) **CONFERENCE; [PROPOSED] ORDER**
                                     )
19 TARGET CORPORATION,               )
                                     )
20         Defendant.                )
                                     )
21 _____   )

22         Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and

23 between the parties that the Case Management Conference presently scheduled for August 3,

24 2012 at 10:30 a.m. be continued to September 14, 2012.

25         Counsel for both parties have met and conferred, and agreed that it would be in all

26 parties' and the Court's interest to continue the Case Management Conference.  The parties have

27 agreed to settle this matter and are currently in the process of having their settlement agreement

28 translated into Plaintiff's native language for her review.  The parties believe that a case

Stipulated Request to Continue CMC; [Proposed Order] / Case No. CV-10-2611  RMW

1  management conference at this point would be an unnecessary use of the Court's and parties'
2  time.
3         Based on the foregoing, Plaintiff and Defendant respectfully request that the Case
4  Management Conference currently scheduled for August 3, 2012, be continued to September 14,
5  2012.

7  DATED: July 26, 2012                    SEYFARTH SHAW LLP

9                                          By _____/s/ Laura J. Maechtlen_____
10                                               Laura J. Maechtlen
                                                 Eric M. Lloyd
11                                          Attorneys for Defendant
                                            TARGET CORPORATION

13  DATED: July 26, 2012                   LAW OFFICE OF GEORGE G.
                                           BENETATOS

15                                          By _____/s/ George G. Benetatos_____
16                                               George G. Benetatos
                                            Attorneys for Plaintiff
                                            IRMA CORONA

1

Stipulated Request to Continue CMC; [Proposed] Order] / Case No. CV-10-2611 RMW

1
2
### [PROPOSED] ORDER

3   GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management
4 Conference, currently set for August 3, 2012, at 10:30 a.m. is continued to
5 _____ at _____ a.m./p.m. Pursuant
6 to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7
7 days before the Case Management Conference.

8   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9
10 DATED: _____, 2012
11                                                    _____
                                                        RONALD M. WHYTE
12                                                     UNITED STATES DISTRICT JUDGE
    14697239v.1
13

2

Stipulated Request to Continue CMC; [Proposed Order] / Case No. CV-10-2611 RMW