1  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
2  E-mail: *lmaechtlen@seyfarth.com*
   Eric M. Lloyd (SBN 254390)
3  E-mail: *elloyd@seyfarth.com*
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:  (415) 397-2823
5  Facsimile:  (415) 397-8549

6  Attorneys for Defendant                     EŒ›Œ‰Ê‰Êˆ–Ê‰
   TARGET CORPORATION

7

8  LAW OFFICE OF GEORGE G. BENETATOS
   George G. Benetatos (SBN 54986)
9  E-mail: *benetatoslaw@gmail.com*
   244 California Street, Suite 300
10 San Francisco, California 94111
   Telephone: (415) 398-2296
11 Facsimile: (415) 398-2290

12 Attorneys for Plaintiff
   IRMA CORONA

13              UNITED STATES DISTRICT COURT

14        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE

16 IRMA CORONA,                )  Case No. CV-10-2611  RMW
                               )
17        Plaintiff,           )  **STIPULATED REQUEST TO**
                               )  **CONTINUE CASE MANAGEMENT**
18   v.                        )  **CONFERENCE;] ORDER**
                               )
19 TARGET CORPORATION,         )
                               )
20        Defendant.           )
                               )
21 _____ )

22        Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and

23 between the parties that the Case Management Conference presently scheduled for September

24 14, 2012 at 10:30 a.m. be continued to November 16, 2012.

25        Counsel for both parties have met and conferred, and agreed that it would be in all

26 parties' and the Court's interest to continue the Case Management Conference.  The parties have

27 entered into a written settlement agreement and anticipate filing a Stipulation for Dismissal of

28

_____

1  the entire action shortly.  The parties believe that a case management conference at this point

2  would be an unnecessary use of the Court's and parties' time.

3        Based on the foregoing, Plaintiff and Defendant respectfully request that the Case

4  Management Conference currently scheduled for September 14, 2012, be continued to

5  November 16, 2012.

6

7  DATED: September 7, 2012           SEYFARTH SHAW LLP

8

9                                 By       */s/ Laura J. Maechtlen*     

10                                     Laura J. Maechtlen
                                     Eric M. Lloyd

11                                 Attorneys for Defendant
                                 TARGET CORPORATION

12

13  DATED: September 7, 2012           LAW OFFICE OF GEORGE G.
                                 BENETATOS

14

15                                 By      */s/ George G. Benetatos*    

16                                   George G. Benetatos
                               Attorneys for Plaintiff

17                                 IRMA CORONA

18

19

20

21

22

23

24

25

26

27

28

1

2

**[] ORDER**

3

    GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management

4

Conference, currently set for September 14, 2012, at 10:30 a.m. is continued to

5

_____ at _____ a.m./p.m.  Pursuant

6

to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7

7

days before the Case Management Conference.

8

    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

DATED:  _____, 2012

11

_____

12

        RONALD M. WHYTE
     UNITED STATES DISTRICT JUDGE

14820156v.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2