1  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
2  E-mail: *lmaechtlen@seyfarth.com*
   Eric M. Lloyd (SBN 254390)
3  E-mail: *elloyd@seyfarth.com*
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   TARGET CORPORATION

7

8  LAW OFFICE OF GEORGE G. BENETATOS
   George G. Benetatos (SBN 54986)
9  E-mail: *benetatoslaw@gmail.com*
   244 California Street, Suite 300
10 San Francisco, California 94111
   Telephone: (415) 398-2296
11 Facsimile: (415) 398-2290

12 Attorneys for Plaintiff
   IRMA CORONA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| IRMA CORONA, | ) | Case No. CV-10-2611 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;] ORDER** |
| v. | ) | |
| TARGET CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties that the Case Management Conference presently scheduled for September 14, 2012 at 10:30 a.m. be continued to November 16, 2012.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference. The parties have entered into a written settlement agreement and anticipate filing a Stipulation for Dismissal of

1  the entire action shortly.  The parties believe that a case management conference at this point
2  would be an unnecessary use of the Court's and parties' time.
3        Based on the foregoing, Plaintiff and Defendant respectfully request that the Case
4  Management Conference currently scheduled for September 14, 2012, be continued to
5  November 16, 2012.

7  DATED: September 7, 2012          SEYFARTH SHAW LLP

9            By    */s/ Laura J. Maechtlen*
            Laura J. Maechtlen
10             Eric M. Lloyd
          Attorneys for Defendant
11           TARGET CORPORATION

13 DATED: September 7, 2012          LAW OFFICE OF GEORGE G. BENETATOS

15           By    */s/ George G. Benetatos*
            George G. Benetatos
16           Attorneys for Plaintiff
          IRMA CORONA

1
2
**[] ORDER**

3    GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management
4 Conference, currently set for September 14, 2012, at 10:30 a.m. is continued to
5 _____ at _____ a.m./p.m.  Pursuant
6 to Local Rule 16-9, the parties' Joint Case Management Statement will be due no fewer than 7
7 days before the Case Management Conference.

8    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9
10 DATED: _____, 2012
11                                    _____
                                        RONALD M. WHYTE
12                                      UNITED STATES DISTRICT JUDGE
   14820156v.1
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Stipulated Request to Continue CMC; [ Order] / Case No. CV-10-2611  RMW