| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Laura J. Maechtlen (SBN 224923) |
| 2 | E-mail: *lmaechtlen@seyfarth.com* |
|   | Eric M. Lloyd (SBN 254390) |
| 3 | E-mail: *elloyd@seyfarth.com* |
|   | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California  94105 |
|   | Telephone:  (415) 397-2823 |
| 5 | Facsimile:  (415) 397-8549 |

6  Attorneys for Defendant
   TARGET CORPORATION

8  LAW OFFICE OF GEORGE G. BENETATOS
   George G. Benetatos (SBN 54986)
9  E-mail: *benetatoslaw@gmail.com*
   244 California Street, Suite 300
10 San Francisco, California 94111
   Telephone: (415) 398-2296
11 Facsimile: (415) 398-2290

12 Attorneys for Plaintiff
   IRMA CORONA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| IRMA CORONA, | ) | Case No. CV-10-2611  RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATED DISMISSAL WITH PREJUDICE; [] ORDER** |
| v. | ) | |
| TARGET CORPORATION, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Irma Corona and Defendant Target Corporation, individually or through their respective counsel of record, as represented by their signatures below, that all claims alleged on behalf of Plaintiff Irma Corona in the above entitled matter against Defendant Target Corporation be DISMISSED WITH PREJUDICE, with each party to bear her or its own costs of suit and attorneys' fees.

1  IT IS SO STIPULATED.

2  DATED: October 29, 2012                    SEYFARTH SHAW LLP

3

4                                              By  */s/ Laura J. Maechtlen*
                                                     Laura J. Maechtlen
5                                                    Eric M. Lloyd
                                                Attorneys for Defendant
6                                               TARGET CORPORATION

7
   DATED: October 29, 2012                    LAW OFFICE OF GEORGE G.
8                                              BENETATOS

9

10                                             By */s/ George G. Benetatos*
                                                    George G. Benetatos
11                                              Attorneys for Plaintiff
                                                IRMA CORONA
12

13

14                                  **ORDER**

15     **IT IS HEREBY ORDERED** that:

16     The above entitled matter, Case No. CV-10-2611 RMW, is DISMISSED WITH

17  PREJUDICE, with each party to bear her or its own costs of suit and attorneys' fees.

18     **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

19
    DATED: _____, 2012
20
                                                _____
21                                                    RONALD M. WHYTE
                                                UNITED STATES DISTRICT JUDGE
22  14943109v.1

23

24

25

26

27

28

                                        2