| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SEYFARTH SHAW LLP<br>Laura J. Maechtlen (SBN 224923)<br>E-mail: *lmaechtlen@seyfarth.com*<br>Eric M. Lloyd (SBN 254390)<br>E-mail: *elloyd@seyfarth.com*<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 6<br>7 | Attorneys for Defendant<br>TARGET CORPORATION |
| 8<br>9<br>10<br>11 | LAW OFFICE OF GEORGE G. BENETATOS<br>George G. Benetatos (SBN 54986)<br>E-mail: *benetatoslaw@gmail.com*<br>244 California Street, Suite 300<br>San Francisco, California 94111<br>Telephone: (415) 398-2296<br>Facsimile: (415) 398-2290 |
| 12 | Attorneys for Plaintiff<br>IRMA CORONA |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| IRMA CORONA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV-10-2611  RMW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; [] ORDER** |

　　　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Irma Corona and Defendant Target Corporation, individually or through their respective counsel of record, as represented by their signatures below, that all claims alleged on behalf of Plaintiff Irma Corona in the above entitled matter against Defendant Target Corporation be DISMISSED WITH PREJUDICE, with each party to bear her or its own costs of suit and attorneys' fees.

1    IT IS SO STIPULATED.

2   DATED: October 29, 2012                SEYFARTH SHAW LLP

3

4                                          By  /s/ Laura J. Maechtlen
                                               Laura J. Maechtlen
5                                              Eric M. Lloyd
                                           Attorneys for Defendant
6                                          TARGET CORPORATION

7
    DATED: October 29, 2012                LAW OFFICE OF GEORGE G.
8                                          BENETATOS

9

10                                         By /s/ George G. Benetatos
                                              George G. Benetatos
11                                         Attorneys for Plaintiff
                                           IRMA CORONA
12

13

14                                  **ORDER**

15      **IT IS HEREBY ORDERED** that:

16      The above entitled matter, Case No. CV-10-2611 RMW, is DISMISSED WITH

17  PREJUDICE, with each party to bear her or its own costs of suit and attorneys' fees.

18      **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

19
    DATED: _____, 2012
20
                                                    /s/ Ronald M. Whyte
21                                         _____
                                              RONALD M. WHYTE
22                                         UNITED STATES DISTRICT JUDGE
    14943109v.1
23

24

25

26

27

28